# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MICHAEL SHELLY BAKER, JR., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:16-cv-37 |
| | * | |
| v. | * | |
| | * | |
| SHERIFF E. NEAL JUMP; DR. JEFFREY | * | |
| GUNDERSON; JUDY LOWE, Jail | * | |
| Administrator; TAMIA BROOKS; | * | |
| TOWANDA HALL; and DARLENE | * | |
| JURAN, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 15, to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims for monetary damages against Defendants in their official capacities and Plaintiff's claims against Defendants Neal Jump and Judy Lowe in their entirety. Plaintiff's claims against Defendants Jeffrey

Gunderson, Tamia Brooks, Towanda Hall, and Darlene Juran remain pending.

**SO ORDERED**, this ___26___ day of ___September___, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA