# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

```
MICHAEL SHELLY BAKER, JR.,        *
                                  *
          Plaintiff,              *    CV 216-37
                                  *
     v.                           *
                                  *
DR. JEFFREY GUNDERSON; TAMMY      *
BROOKS; TAIWANA HALL; and         *
DONNICE JURAN,                    *
                                  *
          Defendants.             *
```

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 43, to which no Objections were filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES as moot** the Motion to Dismiss filed by Defendants Brooks, Hall, and Juran. Dkt. No. 26.

**SO ORDERED**, this 25 day of May, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)